UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

EDGAR DEL RIO,

      Defendant.

2:19-CR-022-JCM-VCF

**Final Order of Forfeiture**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p) based upon the plea of guilty by Edgar Del Rio to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Edgar Del Rio pled guilty. Criminal Information, ECF No. 3; Plea Agreement, ECF No. 5; Preliminary Order of Forfeiture, ECF No. 6; Arraignment and Plea, ECF No. 7.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $350,000 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017) and *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021).

1  This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 22, 2019, through April 20, 2019; May 22, 2019, through June 20, 2019; October 18, 2019, through November 16, 2019, notifying all potential third parties of their right to petition the Court. Notices of Filing Proof of Publication Exhibits, ECF No. 12-1, p. 5; 15-1, p. 5; 19-1, p. 5.

This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Personal Service, ECF No. 21; Notice of Filing Service of Process – Mailing, ECF No. 25.

On July 10, 2019, the United States Marshals Service (USMS) personally served R&R Gonzalez & Associates as Registered Agent for Global Data Funding with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 3, 31-33, 35-38.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for North American Disbursement Agency, Inc. with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 4, 31-33, 35-38.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for NSD Products, Inc., DBA NSD Printing, DBA NSD Products with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 5, 31-33, 35-38.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for Special Money Managers, Inc., with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 6, 31-33, 35-38.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for Pacific Allocation Systems Inc. with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 7, 31-33, 35-38.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for Distribution Reporting Center, Inc., with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 8, 31-33, 35-38.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for All American Awards, Inc., with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 9, 31-33, 35-38.

On July 10, 2019, the USMS personally served R&R Gonzalez & Associates as Registered Agent for Golden Products Service, Inc., DBA Imperial Award Services, DBA MMI, with copies of the Preliminary Order of Forfeiture and the Notice. Marilyn Pahlka, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 10, 31-33, 35-38.

On July 10, 2019, the USMS attempted to serve and on July 12, 2019, the USMS personally served Maria Ramirez personally and as President, Secretary, Treasurer, and Director of Global Data Funding, Inc., with copies of the Preliminary Order of Forfeiture and the Notice. David Notley accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 11, 31-33, 35-38.

On July 10, 2019, the USMS attempted to serve and on July 12, 2019, the USMS personally served Codi Kern through Patti Kern or Michael Kern with copies of the Preliminary Order of Forfeiture and the Notice. Chris Brendan accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 12, 31-33, 35-38.

On July 10, 2019, the USMS attempted to serve and on July 12, 2019, the USMS personally served Jose Mendez personally and as President, Secretary, Treasurer, and

Director of Pacific Allocation Systems Inc., with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 13, 31-33, 35-38.

On July 15, 2019, the USMS personally served Mario Castro, Jr., with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 14, 31-33, 35-38.

On July 15, 2019, the USMS personally Salvador Castro with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 15, 31-33, 35-38.

On July 15, 2019, the USMS personally served Donald J. Green as Counsel for Salvador Castro with copies of the Preliminary Order of Forfeiture and the Notice. Jiselle Alvarez accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 16, 31-33, 35-38.

On July 10 and 12, 2019, the USMS attempted to serve and on July 17, 2019, the USMS personally served Jose Silvestre Castro personally and as President, Secretary, Treasurer, and Director of Special Money Managers, Inc., with copies of the Preliminary Order of Forfeiture and the Notice. Caroline Tafoya, resident at the address, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 17, 31-33, 35-38.

On July 10 and 12, 2019, the USMS attempted to serve and on July 17, 2019, the USMS personally served Jose Castro, Jr., with copies of the Preliminary Order of Forfeiture and the Notice. Caroline Tafoya, resident at the address, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 18, 31-33, 35-38.

On July 15, 2019, the USMS attempted to serve and on July 19, 2019, the USMS personally served Gage Muniz personally and as President, Secretary, Treasurer, and Director of Distribution Reporting Center, Inc., with copies of the Preliminary Order of Forfeiture and the Notice. Paul Gutierrez accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 19, 31-33, 35-38.

On December 23, 2019, the USMS personally served Yi Lin Zheng as Counsel for Miguel Castro with copies of the Preliminary Order of Forfeiture and the Notice. Maritha Antillon, secretary, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 20, 31-33, 35-38.

On December 27, 2019, the USMS personally served Andrea Burrow with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 21, 31-33, 35-38.

On December 31, 2019, the USMS personally served Eric Ferran as Counsel for Mario Castro with copies of the Preliminary Order of Forfeiture and the Notice. Sarah Baumwell, legal assistant, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 22, 31-33, 35-38.

On December 31, 2019, the USMS personally served Mario Castro with copies of the Preliminary Order of Forfeiture and the Notice. Ashley Castro accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 23, 31-33, 35-38.

On December 31, 2019, the USMS personally served PI Printing Corp. DBA Assets Unlimited c/o Mario Castro as President, Secretary, Treasurer, and Director with copies of the Preliminary Order of Forfeiture and the Notice. Ashley Castro accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 24, 31-33, 35-38.

On January 2, 2020, the USMS personally served Norma Del Rio with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 25, 31-33, 35-38.

On January 2, 2020, the USMS personally served Kern and Associates, c/o Patti Kern as President, Secretary, Treasurer, and Director with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 26, 31-33, 35-38.

On January 15, 2019, the USMS personally served Crane M. Pomerantz as Counsel for Andrea Burrow with copies of the Preliminary Order of Forfeiture and the Notice.

/ / /

Danette Mirabelli, receptionist, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 27, 31-33, 35-38.

On January 3 and 23, 2020, the USMS attempted to personally serve Patricia M. Erickson as Counsel for Jose Mendez with copies of the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 28, 31-33, 35-38.

On December 31, 2019, the USMS attempted to serve and on February 25, 2020, the USMS personally served Miguel Castro with copies of the Preliminary Order of Forfeiture and the Notice. Salvador Castro, brother, accepted the service. Notice of Filing Service of Process – Personal Service, ECF No. 21-1, p. 29, 31-33, 35-38.

On July 5, 2019, the United States Attorney's Office (USAO) served and attempted to serve Don Chairez as Counsel for Mario Castro by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as not deliverable as addressed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 25-1, p. 3, 7-9, 11-14, 33-35.

On July 5, 2019, the USAO served and attempted to serve Engracia Medina, personally and as President, Secretary, Treasurer, and Director for All American Awards, Inc., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Financial Investigator for the United States Postal Inspection Service, Barry Bouchie, attempted to find Engracia Medina. However, after extensive due diligence, no current information could be found. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 25-1, p. 3, 7-9, 11-14, 27-29, 58-59.

On July 5, 2019, the USAO attempted to serve Juan Franco, personally and as President, Secretary, Treasurer, and Director of North American Disbursement Agency, Inc., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned as not deliverable as addressed and unable to

forward. Financial Investigator for the United States Postal Inspection Service, Barry Bouchie, attempted to find Juan Franco. However, after extensive due diligence, Juan Franco was dead. Notice of Filing Service of Process – Mailing Exhibits, 25-1, p. 3-4, 7-9, 11-14, 18-20, 25-26, 61.

On July 5, 2019, the USAO served and attempted to serve The Estate of Juan Franco by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Financial Investigator for the United States Postal Inspection Service, Barry Bouchie, attempted to find Juan Franco. However, after extensive due diligence, Juan Franco was dead. Notice of Filing Service of Process – Mailing Exhibits, 25-1, p. 4, 7-9, 11-14, 21-23, 61.

On July 5, 2019, the USAO served Maria Ramirez, personally and as President, Secretary, Treasurer, and Director of Global Data Funding Inc., by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, ECF No. 25-1, p. 4, 7-9, 11-14, 16-17.

On December 6, 2019, the USAO attempted to serve Miguel Castro by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The mail was returned as attempted-not known and unable to forward. Notice of Filing Service of Process – Mailing Exhibits, 25-1, p. 4, 7-9, 11-14, 38-40.

On December 6, 2019, the USAO served Eric Ferran as counsel for Mario Castro by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, 25-1, p. 4, 7-9, 11-14, 36-37.

On December 6, 2019, the USAO served Yi Lin Zheng as Counsel for Miguel Castro by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, 25-1, p. 4, 7-9, 11-14, 41-42.

On December 6, 2019, the USAO served Crane M. Pomerantz as Counsel for Andrea Burrow by regular and certified return receipt mail with the Preliminary Order of

/ / /

Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, 25-1, p. 4, 7-9, 11-14, 43-44.

On December 6, 2019, the USAO served Andrea Burrow by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, 25-1, p. 5, 7-9, 11-14, 45-46.

On December 6, 2019, the USAO served Kern & Associates c/o Patti Kern as President, Secretary, Treasurer, and Director, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, 25-1, p. 5, 7-9, 11-14, 47-48.

On December 6, 2019, the USAO served Norma Del Rio by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, 25-1, p. 5, 7-9, 11-14, 49-50.

On December 6, 2019, the USAO served PI Printing Corp., DBA Assets Unlimited c/o Mario Castro as President, Secretary, Treasurer and Director, by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, 25-1, p. 5, 7-9, 11-14, 51-52.

On December 6, 2019, the USAO served Mario Castro by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, 25-1, p. 5, 7-9, 11-14, 53-54.

On December 6, 2019, the USAO served Patricia M. Erickson as Counsel for Jose Mendez by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing Exhibits, 25-1, p. 5, 7-9, 11-14, 55-56.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

/ / /

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. $106,150;
2. $20,400.32;
3. $34,364;
4. $40,010;
5. $50,126.59;
6. $4,998;
7. $10,908;
8. $15,278;
9. $6,975;
10. $4,644;
11. $3,101;
12. $1,824;
13. $13,146
14. $1,785;
15. $14,439;
16. $9,887;
17. $8,253;
18. $138;
19. $12,464.03; and
20. $18,950

(all of which constitutes property); and

that the United States recover from Edgar Del Rio the in personam criminal forfeiture money judgment of $350,000, not to be held jointly and severally liable with any codefendants, the collected money judgment amount between the codefendants is not to

/ / /

exceed $9,000,000, and that the following property will be applied toward the payment of the money judgment: $18,950; and

the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED July 27, 2022.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE