LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 710-5555 ♦ Facsimile: (702) 718-5555
E-mail: lance@hlg.vegas
Attorney for Defendant, *Edgar Del Rio*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00022-JCM-VCF |
| Plaintiff, | **Stipulation to Continue Sentencing** |
| v. | **(Tenth Request)** |
| EDGAR DEL RIO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the United States, by and through its counsel of record, and defendant Edgar Del Rio, by and through his counsel of record, that the sentencing hearing set for August 30, 2023, at 10:00 a.m. be continued to be continued to a date and time convenient to the Court, but in no event earlier than sixty (60) days. This stipulation is entered into for the following reasons:

1. That counsel for Mr. Del Rio requests additional time to gather information and material in support of his sentencing;

2. That Mr. Del Rio, who is not in custody, agrees to the continuance;

3. That both counsel for Mr. Del Rio and the prosecutor who was prepared and available to handle the sentencing hearings are now unavailable due to urgent family medical issues.

4.  That denial of this request for continuance could result in a miscarriage of justice; and

5.  In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and Mr. Del Rio in proceeding with sentencing on August 30, 2023.

This is the tenth stipulation to continue in this case.

DATED this 25th day of August, 2023.

**FOR THE GOVERNMENT**

U.S. DEPARTMENT OF JUSTICE
CONSUMER PROTECTION BRANCH
AMANDA N. LISKAMM
Director

U.S. ATTORNEY'S OFFICE
FOR THE DISTRICT OF NEVADA
JASON M. FRIERSON
United States Attorney

*/s/ Daniel Zytnick*
TIMOTHY FINLEY
DANIEL ZYTNICK
Trial Attorneys

**FOR THE DEFENDANT**

HENDRON LAW GROUP LLC
 */s/ Lance J. Hendron*
Lance J. Hendron, Esq.
Nevada Bar No. 11151
Las Vegas, Nevada 89101
625 S. Eighth Street
Office: (702) 710-5555
Facsimile: (702) 718-5555
Email: lance@hlg.vegas

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00022-JCM-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING DATE (TENTH REQUEST)** |
| v. | |
| EDGAR DEL RIO, | |
| Defendant. | |

Based on the pending Stipulation between Mr. Del Rio and the government, and good cause appearing therefore, the Court hereby finds that:

1. That counsel for Mr. Del Rio requests additional time to gather information and material in support of his sentencing;

2. That Mr. Del Rio, who is not in custody, agrees to the continuance;

3. That both counsel for Mr. Del Rio and the prosecutor who was prepared and available to handle the sentencing hearings are now unavailable due to urgent family medical issues.

4. That denial of this request for continuance could result in a miscarriage of justice; and

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and Mr. Del Rio in proceeding with sentencing on August 30, 2023.

THEREFORE, IT IS HEREBY ORDERED that the sentencing hearing currently

scheduled for August 30, 2023 at 10:00 a.m., be vacated and continued

to **November 6, 2023, at 11:00 a.m.**


DATED August 28, 2023.



HONORABLE JAMES C. MAHAN
United States District Judge