1

2

3

4                         UNITED STATES DISTRICT COURT

5                              DISTRICT OF NEVADA

6                                     * * *

7    UNITED STATES OF AMERICA,                    Case No. 2:19-CR-22 JCM (VCF)

8                               Plaintiff(s),                    ORDER

9         v.

10   EDGAR DEL RIO,

11                              Defendant(s).

12

13        Presently before the court is defendant Edgar Del Rio ("defendant")'s motion to unseal

14   portions of his sentencing hearing transcript.  (ECF No. 77).  The government filed a response

15   indicating there was no opposition to defendant's motion.  (ECF No. 79).

16        On November 6, 2023, the court sentenced defendant to fifty-one months' custody

17   followed by three years of supervised release for conspiracy to commit mail fraud.  (ECF Nos. 68,

18

19   70).  Defendant subsequently filed his appeal and obtained new counsel to adjudicate his case.

20   (ECF Nos. 71, 76).

21        Defendant moved the court to unseal portions of the sentencing hearing transcript, arguing

22   that good cause existed because his new counsel needs access to the sealed information to represent

23

24   him effectively.  (ECF No. 77 at 2).

25        In a minute order entered after defendant filed his motion, the court elucidated that

26   unsealing a portion of the sentencing hearing transcript may present procedural issues that would

27   hinder its ability to adjudicate this matter efficiently.  (ECF No. 78).  Accordingly, the court

28

James C. Mahan
U.S. District Judge

believed the most appropriate means to handle defendant's request would be to determine whether the government opposed the motion.  (*Id.*).

On January 3, 2024, the government indicated that it did not oppose defendant's motion. (ECF No. 79 at 1).  Good cause appearing, the court grants defendant's motion to unseal the sealed portion of his sentencing hearing transcript, but only for the limited purpose of allowing his counsel to evaluate potential grounds for appeal.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant Edgar Del Rio's motion to unseal portions of the sentencing hearing transcript (ECF No. 77) be, and the same hereby is, GRANTED.

DATED January 3, 2024.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**